Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mails: tanya@@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SAM NAGI ESSMAIL dba MAZE BUDGET MEAT & LIQUOR aka LOS COMPADRES CARNICERIA; SAMIR MOHAMED AHMED, Trustee of THE SAMIR MOHAMED AHMED AND AFRAH N. MUTHANA FAMILY TRUST dated 1-28-10; AFRAH N. MUTHANA, Trustee of THE SAMIR MOHAMED AHMED AND AFRAH N. MUTHANA FAMILY TRUST dated 1-28-10;<br><br>　　　　　Defendants. | Case No. 1:21-cv-01376-NONE-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

1     WHEREAS, Defendants have not filed an answer or motion for summary judgment;

2     WHEREAS, Plaintiff and Defendants have settled the matter;

3     WHEREAS, no counterclaim has been filed;

4     Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 22, 2021                    MOORE LAW FIRM, P.C.

                                        */s/ Tanya E. Moore*
                                          Tanya E. Moore
                                          Attorney for Plaintiff,
                                          Darren Gilbert