UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, <br><br> Plaintiff, <br><br> v. <br><br> SAM NAGI ESSMAIL, et al., <br><br> Defendants. | Case No.: 1:21-cv-1376 JLT BAM <br><br> ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION <br><br> (Doc. 4) |

On October 22, 2021, Plaintiff filed a Notice of Dismissal, indicating the volunatry dismissal of his claims with prejudice following a settlement with defendants, who had not yet appeared or filed an answer or motion for summary judgment. (Doc. 4.) Pursuant to Rule 41(a)(1)(A), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Although the Court indicated the action was terminated pursuant to Rule 41 and vacated all pending dates following the stipulation (Doc. 5), the matter was not closed. Accordingly, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated:   **August 5, 2022**

UNITED STATES DISTRICT JUDGE